HERKIMER, INC., Respondent, v. J. JUSTICE HARMER, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

MARTHA B. HUSON, Appellant, v. CHARLES J. STOLL, Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Application of JOSHUA R. BENNETT for Admission to the Bar.— The application of the Brooklyn Bar Association for an order to revoke the admission of Joshua R. Bennett as attorney and counselor at law of this court is granted, and the order of this court dated January 21, 1921, admitting said Bennett as attorney and counselor at law of this court is revoked, and his name stricken from the roll of attorneys, on the ground that he concealed from the committee on character and fitness the fact of his disbarment in the State of Pennsylvania. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Transfer Tax upon the Estate of EVA S. COCHRAN, Deceased. THE STATE TAX COMMISSION, etc., Appellant; ALEXANDER S. COCHRAN and Others, as Executors, etc., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Guardianship of ROBERT DAVID LION GARDINER and ALEXANDRA DIODATI GARDINER, Minors.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Application of EDWARD L. HACKETT to Revoke Letters of Guardianship Heretofore Issued to DORA S. GRANT, Guardian, etc., of HAZEL BELLE VOORHEES, an Infant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Proposed Probate of a Written Instrument Purporting to Be the Last Will and Testament of JOHANNA B. HAUER, Deceased, etc.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

In the Matter of the Petition of AMY B. PALMER to Modify the Judgment of Divorce between Said AMY B. PALMER, Respondent, and LOWELL M. PALMER, JR., Appellant.— Motion for stay granted to the extent of staying the increase of alimony so far as the same is for the benefit of the wife, but otherwise denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ. Settle order on notice before Mr. Justice Young.

JEANNETTE KING, as Executrix, etc., of ELLIOTT H. KING, Deceased, v. CAROLINE CANDIDUS, Appellant.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

FREDERIC S. MARSELL, Appellant, v. SAMUEL EVANS MAIRES, Respondent.— Motion to dismiss appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.